**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| SELF-HELP CREDIT UNION, as successor in interest to WINSTON-SALEM FEDERAL CREDIT UNION, | Case No. 1:25-cv-01112-TDS-LPA |
| *Plaintiff,* | |
| -against- | |
| FISERV SOLUTIONS, LLC f/k/a FISERV SOLUTIONS, INC., and FISERV, INC., | |
| *Defendants.* | |

### PLAINTIFF SELF-HELP CREDIT UNION'S MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND EXPEDITED DISCOVERY

Under Federal Rule of Civil Procedure 65, Plaintiff Self-Help Credit Union, as successor in interest to Winston-Salem Federal Credit Union ("Self-Help") respectfully requests that this Court enter a temporary restraining order and preliminary injunction against Defendants Fiserv Solutions, LLC and Fiserv, Inc. (collectively, "Fiserv"), (i) ordering Fiserv to enable compliant MFA and take other appropriate steps to strengthen the security on the insecure systems to prevent unauthorized access, (ii) enjoining Fiserv from possessing Self-Help's data after cooperating with Self-Help in removing its data off of Fiserv's systems, and (iii) grant any further relief necessary to prevent irreparable harm to Self-Help and its members.

Further, under Federal Rule of Civil Procedure 26, Self-Help respectfully requests that this Court grant it expedited discovery prior to an evidentiary hearing on this motion.

1

Self-Help's motion is supported by the following documents, which are hereby incorporated by reference: the Memorandum of Law, Declaration of John Jameson (with exhibits 1-16), Declaration of Amy Kidder, Declaration of Denelle Miller, Declaration of Brendan Mulvey, Declaration of Charles Nerko (with exhibits A-C), and Declaration of Keith Stone.

Under Rule 65(b)(1)(B), I have emailed Defendants' attorneys, Joseph Dowdy, Andrew Wronski, and Jesse Byam-Katzman of Foley & Lardner LLP, informing them that Self-Help is planning to move for a temporary restraining order/preliminary injunction against his client in this Court.

Dated: December 18, 2025

Respectfully submitted,

*s/ Mark S. Pincus*

Mark S. Pincus (N.C. Bar. No. 59036)
GARDNER SKELTON PLLC
3746 N. Davidson Street
Charlotte, NC 28205
704.335.0350
mark@gardnerskelton.com

Charles J. Nerko*
John C. Cleary*
Walter E. Swearingen*
NERKO PLLC
1178 Broadway, 3rd Floor
New York, NY 10001
518.363.9100
cnerko@nerko.com
jcleary@nerko.com
wswearingen@nerko.com

* Not admitted in this Court;
Special Appearance under Local Civ. R. 83.1(d) to be filed

*Attorneys for Plaintiff*
*Self-Help Credit Union, as successor in interest to Winston-Salem Federal Credit Union*

2

31569003