IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SELF-HELP CREDIT UNION, as successor in interest to WINSTON-SALEM FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br><br>vs.<br><br>FISERV SOLUTIONS, LLC f/k/a FISERV SOLUTIONS, INC. and FISERV, INC.,<br><br>    Defendants. | Case No. 1:25-cv-01112-TDS-LPA |

**DECLARATION OF ANDREW J. WRONSKI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND EXPEDITED DISCOVERY**

I, Andrew J. Wronski, hereby state as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am over 18 years of age, an adult resident of Wisconsin, and am competent to testify as to all matters set forth in this Declaration. I am a partner of Foley & Lardner LLP and am counsel to Defendants Fiserv Solutions, LLC f/k/a Fiserv Solutions, Inc., and Fiserv, Inc. I make this declaration from my personal knowledge and in support of Defendants' Opposition to Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery.

2. Attached as **Exhibit A** is a true and correct copy of my November 25, 2025, correspondence to Plaintiff's counsel, Charles J. Nerko.

1

3. Attached as **Exhibit B** is a true and correct copy of my November 26, 2025, correspondence to Plaintiff's counsel, Charles J. Nerko.

4. Attached as **Exhibit C** is a true and correct copy of the December 18, 2025, email correspondence between me and Plaintiff's counsel, Mark Pincus.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of December, 2025.

s/ *Andrew J. Wronski*  
Andrew J. Wronski

## CERTIFICATE OF SERVICE

      I hereby certify that I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF System, which will automatically serve notice of such filing to all registered PACER users in the case; I also served a copy of the foregoing document by email sent to the following recipients:

Charles Nerko (cnerko@nerko.com)
Nerko PLLC
1178 Broadway, 3rd Floor
New York, NY 10001

Mark S Pincus (mark@gardnerskelton.com)
Gardner Skelton PLLC
3746 N. Davidson Street
Charlotte, NC 28205*

Respectfully submitted on December 19, 2025

                                        /s/ Joseph S. Dowdy
                                         Joseph S. Dowdy
                                         N.C. State Bar 31941
                                         Foley & Lardner LLP