**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| SELF-HELP CREDIT UNION, as successor in interest to WINSTON-SALEM FEDERAL CREDIT UNION,<br><br>       Plaintiff,<br><br>v.<br><br>FISERV SOLUTIONS, LLC f/k/a FISERV SOLUTIONS, INC. and FISERV, INC.,<br><br>       Defendants. | **Case No. 1:25-cv-01112-TDS-LPA** |

**DEFENDANTS' MOTION TO TERMINATE (OR STRIKE) PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND RELATED PROCEEDINGS AS MOOT**

Fiserv Solutions, LLC ("Fiserv") and Fiserv, Inc. (collectively, "Defendants"), by and through undersigned counsel respectfully submit this Motion to Terminate (or Strike) Plaintiff's Motion for Preliminary Injunction and Related Proceedings as Moot. The grounds for this motion are set forth in the Declaration of Joseph S. Dowdy (Dkt. No. 46) and the Memorandum of Law (Dkt. No. 47) filed contemporaneously herewith and include, among others, that Plaintiff's Motion for Preliminary Injunction (Dkt. No. 5) is now moot and unnecessary and should be terminated, stricken, or denied without further proceedings.

**WHEREFORE**, Defendants respectfully pray that this honorable Court rule that Plaintiff's Motion for Preliminary Injunction is moot, terminate all further proceedings regarding Plaintiff's Motion for Preliminary Injunction, deny or strike Plaintiff's Motion

1

for Preliminary Injunction, and allow Defendants other such and further relief as the Court

deems just and proper.

Respectfully submitted this 29th day of January, 2026.

**FOLEY & LARDNER LLP**

*/s/ Joseph S. Dowdy*
Joseph S. Dowdy
N.C. State Bar No. 31941
5000 Centregreen Way, Suite 500
Cary, NC 27513
Phone: (984) 375-3033
Email: joe.dowdy@foley.com

Andrew J. Wronski*
Jesse Byam-Katzman*
Bryan B. House
Timothy J. Patterson
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
Phone: (414) 271-2400

*Specially appearing under LR 83.1(d)

*Counsel for Defendants Fiserv
Solutions, LLC and Fiserv, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF System, which will automatically serve notice of such filing to the following registered PACER users in the case:

Charles Nerko (cnerko@nerko.com)
Walter E. Swearingen (wswearingen@nerko.com)
John C. Cleary (jcleary@nerko.com)
Nerko PLLC
1178 Broadway, 3rd Floor
New York, NY 10001

Mark S. Pincus (mark@gardnerskelton.com)
Gardner Skelton PLLC
3746 N. Davidson Street
Charlotte, NC 28205

Respectfully submitted on January 29, 2026

*/s/ Joseph S. Dowdy*
Joseph S. Dowdy
N.C. State Bar 31941
Foley & Lardner LLP

3