**EXHIBIT 1 – COMPARISON CHART**

| Relief Sought | Self-Help's Specific Request to this Court | Fiserv's Voluntary Solution |
|---|---|---|
| **Exit Fiserv's Platform** | Self-Help asked the Court to order Defendants to "promptly meet and confer" with Plaintiff regarding "a sequenced plan for the orderly transition or return of Plaintiff's data and functionality" (Self-Help's Proposed TRO, Dkt. No. 46-1, Ex. A)<br><br>"Self-Help wants to exit Fiserv's Master Agreement and will litigate the parties' broader damages dispute in the ordinary course." (Self-Help's PI Reply Brief, Dkt. No. 26 at 10) | "Fiserv will facilitate Plaintiff's deconversion from Fiserv's systems to a new provider at the end of February, March, April, or May 2026. Deconversion, which will obviate any alleged security issues, can be completed before a motion for preliminary injunction can be heard, much less decided." (Dkt. No. 46-3, Ex. C) |
| **Removal of Client 360 Data from the Internet** | Self-Help asked the Court to temporarily restrain Defendants from "providing internet connections to the Client360 system" (Self-Help's Proposed TRO, Dkt. No. 46-1, Ex. A)<br><br>Self-Help asked the Court to "require Fiserv to block new external connections originating over the internet to Client360" (Dkt. No. 26 at 10) | "With respect to Client360, at Self-Help's direction, Fiserv will remove internet access to Self-Help's Client360 data and accounts and archive that data." (Dkt. No. 46-3, Ex. C) |
| **Online Banking "Mitigations"** | Self-Help asked the Court to order Defendants to "promptly meet and confer" with Plaintiff "regarding the timing and scope of additional interim security mitigations that can be implemented without disrupting consumer banking services." (Self-Help's Proposed TRO, Dkt. No. 46-1, Ex. A) | "To the extent it can be reasonably accomplished before Self-Help deconverts, Fiserv will implement SecureNow in connection with online and mobile banking, which will provide Self-Help with multi-factor authentication through text message or voice that can be prompted as frequently as Self-Help chooses." (Dkt. No. 46-3, Ex. C) |
| **Deferral and Reservation of Monetary Disputes** | Self-Help represented that it "will litigate the parties' broader damages dispute in the ordinary course." (Self-Help's PI Reply Brief, Dkt. No. 26 at 10) | Fiserv will "[n]ot require that Plaintiff remit payment for early termination fees, charges for deconversion services, or other amounts in advance of deconversion. Fiserv will invoice Plaintiff for fees and services as provided in the parties' Master Agreement, and if Plaintiff disputes those charges, any disputes would be purely monetary and properly resolved through ordinary course litigation in the pending lawsuit or otherwise." (Dkt. No. 46-3, Ex. C) |