<table>
<tr><td colspan="2"><strong>UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA</strong></td><td colspan="2">Case No. 1:25CV01112-TDS-LPA</td></tr>
</table>

| | |
|---|---|
| Name of Plaintiff(s):<br><br>Self-Help Credit Union as successor in interest to Winston-Salem Federal Credit Union<br><br>**VERSUS**<br><br>Name of Defendant(s):<br><br>Fiserv Solutions, LLC et al. | **REPORT<br>OF<br>MEDIATOR**<br><br>(*For Placement on the<br>CM/ECF Docket*) |
| Mediator Name: Thomas C Duncan | |
| Telephone No.: 3362747243 | ☐ This is an **Interim Report.** A final report is to be filed after resumption of the mediation |
| E-Mail Address: tduncan@duncanmediation.com | |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

☒ was held on _____3/19/26_____ (date)

☐ was NOT held because _____

2. **Attendance**
☒ No Objection was made on the grounds that any required attendee was absent.
☐ Objection was made by _____

3. **Outcome**
☐ Complete settlement of the case
☐ Conditional settlement or other disposition
☐ Partial settlement of the case
☐ Recess (i.e., mediation to be resumed at a later date)
☒ Impasse
☐ Additional Information: _____

4. **Settlement Filings**
a) The document(s) to be filed to effort the settlement are _____

b) The person responsible for filing the document(s) is _____
c) The agreed deadline for filing the document(s) is _____

**Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

**I have submitted this completed report with ten (10) days after conclusion of the conference.**

_____
Mediator Signature

_____3/19/26_____
Date

# **CERTIFICATE OF SERVICE**

I hereby certify that I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF System, which will automatically serve notice of such filing to all registered PACER users in the case, including the following counsel for Plaintiffs:

Charles Nerko (cnerko@nerko.com)
Nerko PLLC
1178 Broadway, 3rd Floor
New York, NY 10001

Mark S Pincus (mark@gardnerskelton.com)
Gardner Skelton PLLC
3746 N. Davidson Street
Charlotte, NC 28205

Respectfully submitted on March, 20 2026,

/s/ Joseph S. Dowdy
Joseph S. Dowdy
N.C. State Bar 31941
Foley & Lardner LLP